the judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## McFADDEN v. STATE.
### No. 17994.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Herbert I. Fruhman, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The conviction is for a misdemeanor; the punishment, confinement in jail for 270 days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## PONDER v. STATE.
### No. 17993.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Herbert I. Fruhman, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for tampering with a motor vehicle; punishment, 270 days in the county jail.

The record is here without any statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.